# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**DAVID W. PARVIN**                                             **PETITIONER**

**VERSUS**                                            **NO: 1:18-CV-151-SA-JMV**

**STATE OF MISSISSIPPI**                                    **RESPONDENT**

## AMENDED ORDER EXTENDING TIME

On motion of Respondent in the above styled and numbered cause for an enlargement of time within which to file an **Answer or other responsive pleading** and the Court having considered the same is of the opinion that the motion is well taken and should be sustained.

It is therefore, **ORDERED** that the Respondent in the above styled cause be granted additional time to file an Answer until October 19, 2018.

**ORDERED** this the 19th day of October, 2018.

                                            /s/Jane M. Virden
                                        UNITED STATES MAGISTRATE JUDGE