IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID W. PARVIN                                                                         PLAINTIFF

V.                                                                    NO. 1:18CV151-SA-JMV

STATE OF MISSISSIPPI                                             RESPONDENT

## ORDER

This matter is before the Court *sua sponte* as result of repeated letters by David Parvin to the undersigned magistrate judge assigned to this case. Mr. Parvin, who is represented by counsel, is to refrain from such letter writing and should rely instead on his counsel to file the appropriate motions for any relief requested. The court will not entertain requests for relief embedded in letters addressed to the undersigned magistrate judge.

SO ORDERED, this Thursday, July 18, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE