# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

DAVID W. PARVIN                                                                    PETITIONER

VS.                                                              CAUSE NO.: 1:18-cv-00151-GHD-JMV

STATE OF MISSISSIPPI                                                               RESPONDENT

## CONDITIONAL ORDER

Before the court are the motions [40] and [41] of Ross Barnett and Mary Barnett to withdraw as counsel for the Petitioner. For good cause shown, having been advised that the State has no opposition,[1] and otherwise being fully advised in the premises pursuant to Local Uniform Civil Rule 83.1(b)(3), finds and determines as follows:

The motions to withdraw are hereby granted, and the appearance of Ross Barnett and Mary Barnett as counsel of record for the Petitioner is hereby withdrawn **on the condition that** each attorney files with the court, within two (2) business days of today's date, a notice:

(1)     Confirming that she/he has served his/her pending motion to withdraw, this order, **and** the pending [39] Report and Recommendation on the Petitioner; and

(2)     Containing the Petitioner's current address and phone number.

Further, the Petitioner shall have fourteen (14) days from receipt of service of the pending Report and Recommendation to file any objections to the same.

Should counsel fail to comply with the conditions of this order, this order shall be vacated, and the pending motions denied.

**SO ORDERED**, this 4th day of December, 2019.

---

[1] The court need not hear from the Petitioner regarding any objection to the pending motions to withdraw, as Petitioner has filed a letter on the docket confirming his desire to no longer be represented by counsel of record. Doc. #42.

1

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**