IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID W. PARVIN                                                PETITIONER

V.                                              NO. 1:18-CV-00151-GHD-JMV

STATE OF MISSISSIPPI                                     RESPONDENT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, David W. Parvin's petition for a writ of habeas corpus is **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this the 16 day of January, 2020.

**UNITED STATES DISTRICT JUDGE**